

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 25, 2015

**BY ECF**
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  **United States v. Ira Richards**, S1 13 Cr. 818 (LAK)

Dear Judge Kaplan:

    At yesterday's sentencing in this case, the Government read aloud on the record from a victim impact statement, which was written by the individual referred to as "Victim-1" in the Government's sentencing submission dated June 19, 2015. A copy of this victim impact statement, which the Government received yesterday, is attached hereto as Exhibit A, with certain sensitive information about Victim-1 redacted to protect Victim-1's identity, privacy, and safety.

                                                  Respectfully submitted,

                                                PREET BHARARA
                                                United States Attorney

By:   _____
           Samson Enzer / Rebecca Mermelstein
           Assistant United States Attorneys
           (212) 637-2342 / -2360

# EXHIBIT A

-------- Original message --------
From: ███████ ███████ <██████@gmail.com>
Date: 06/24/2015 1:58 PM (GMT-05:00)
To: "Downs, Joseph M. (NY) (FBI)" <Joseph.Downs@ic.fbi.gov>
Subject:

Dear judge,

    Meeting Ira was the worst thing that happened to my life. I'm still trying to get over the beatings. Im still wake up out sleep thinking he's standing over me. I'm also still scared of being outside for to long thinking that him or whoever he talks to will find me. I'm very happy that he was caught. I'm also happy that my child and I got out of that life safe because we could of gotten Killed in that situation. I just want closure and to know me and my child are safe.