USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 25 2015

JUN 2 2015
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA :
: S1 13 Cr. 818 (LAK)
- v. - :
: ORDER OF RESTITUTION
IRA RICHARDS, :
:
Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about August 1, 2014, defendant Ira Richards (the "defendant") pleaded guilty, pursuant to a plea agreement with the Government, to conspiring to engage in sex trafficking by force, fraud, and coercion in violation of Title 18, United States Code, Section 1594, as charged in Count One of the above-referenced Indictment (the "Indictment"), and to engaging in the sex trafficking of a minor in violation of Title 18, United States Code, Section 1591, as charged in Count Three of the Indictment;

WHEREAS, at a sentencing proceeding on June 24, 2015, the defendant was sentenced and ordered to pay restitution in the amounts of $9,000 to a victim of the offense charged in Count One of the Indictment ("Victim-1"), and $13,500 to a victim of the offense charged in Count Three of the Indictment ("Victim-2"), whose identities and addresses will be set forth in a schedule (the "Schedule of Victims"), which the Government will submit under separate cover and file under seal to protect the privacy and safety of Victim-1 and Victim-2;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT, pursuant to 18 U.S.C. § 1593, the defendant shall make restitution in the total amount of $22,500 to the Clerk of the United States District Court for the Southern District of New York, for disbursement of $9,000 to Victim-1 and of $13,500 to Victim-2, whose identities will be set forth

in the Schedule of Victims, which shall be filed under seal by the Government.

IT IS FURTHER ORDERED that the defendant shall pay restitution while incarcerated in the amount of 15% of his earnings if engaged in non-UNICOR employment. However, if the defendant participates in the BOP's UNICOR program as a grade 1 through 4, the defendant shall pay 50% of his monthly UNICOR earnings toward restitution, consistent with BOP regulations at 28 C.F.R. § 545.

IT IS FURTHER ORDERED that upon commencement of his supervised release, the defendant shall pay restitution in monthly installments to be determined by the United States Probation Office, but in no event shall those payments be less than the greater of either $200 per month or 10 percent of the defendant's gross monthly income.

IT IS FURTHER ORDERED, consistent with 18 U.S.C. §§ 3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of victims, the Schedule of Victims to be submitted by the Government shall be filed under seal, except that copies may be retained and used or disclosed by the Government, the Clerk's Office, and the Probation Department, as need be to effect and enforce this Order, without further order of this Court.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this matter to issue such further orders as may be necessary to effect restitution to the victim of the offense in this case.

SO ORDERED:

Dated: New York, New York
June 24, 2015

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK