UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
United States of America,

         -against-                                              13-cr-818 (LAK)

Ira Richards,

                Defendant.
------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        CJA attorney, Matthew J. Kluger, is appointed to assist the defendant with his pro se motion for a sentence reduction filed on August 26, 2020.

        The Clerk shall mail copies of this order to the defendant and Mr. Kluger

        SO ORDERED.

Dated: December 23, 2020

                                                          Lewis A. Kaplan
                                                      United States District Judge