# MATTHEW J. KLUGER
ATTORNEY AT LAW



888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

October 20, 2023

By ECF
The Honorable Lewis A. Kaplan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **United States v. Ira Richards**
              13 Cr. 818 (LAK)

Dear Judge Kaplan,

    On or around August 26, 2020, Ira Richards filed a *pro se*, "compassionate release" motion seeking a reduction of his sentence. Thereafter, on or about December 23, 2020, the Court assigned me as CJA counsel to assist Mr. Richards with his application. I write now to update the Court on the status of this motion.

    One of the central tenets of Mr. Richard's motion for compassionate release is that while he was an inmate at FCI Berlin in New Hampshire, he defended a guard who was under attack from another inmate. Counsel had hoped to support and corroborate this claim with official prison records and commendation. Unfortunately, despite my best efforts, I have been unable to obtain Mr. Richard's prison records from the Bureau of Prisons. Therefore, at this point, rather than continue to tilt at BOP windmills, I have little choice but to file the motion without the assistance of what I had hoped would be persuasive evidence of rehabilitation and good character.

    Accordingly, given my current schedule and other court-imposed deadlines, I respectfully request that the Court set <u>December 11, 2023</u> as the deadline for the filing of Mr. Richard's compassionate release motion.

SO ORDERED
Granted
LEWIS A. KAPLAN, USDJ
11/1/23