UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

                    -against-                                           13-cr-0818 (LAK)

IRA RICHARDS,

                     Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Before the Court is defendant's motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A).[1]

        On August 1, 2014, defendant pled guilty to one count of conspiracy to commit sex trafficking in violation of 18 U.S.C. § 1594(C) and one count of sex trafficking of a minor in violation of 18 U.S.C. § 1591(a), (b)(2) & (C).[2] On June 24, 2015, the Court sentenced defendant principally to a term of imprisonment of 240 months.[3] On March 4, 2024, defendant moved for "immediate compassionate release or . . . an appropriate reduction of his sentence."[4]

        Defendant's principal argument in favor of immediate release or a reduction of his sentence is that he intervened to protect a Bureau of Prisons staff member. Specifically, defendant was among a

---

[1] Dkt 63.

[2] Dkt 45.

[3] Dkt 45.

[4] Dkt 63 at 7.

group of inmates at FCI Berlin who stopped a fellow inmate from physically assaulting a staff member and restrained that inmate until additional staff arrived.[5] Defendant states that, in addition to "risk[ing] his own personal safety" by intervening, he suffered "severe" "repercussions from other inmates."[6]

Under 18 U.S.C. § 3582(c)(1)(A), a court may grant compassionate release or reduce a sentence where "extraordinary and compelling reasons warrant [it]," "such a reduction is consistent with applicable policy statements issued by the Sentencing Commission," and a reduction is supported by the factors set forth in 18 U.S.C. § 3553(a).[7] Defendant's actions constitute an extraordinary and compelling reason to reduce his sentence. Accordingly, the Court reduces defendant's sentence by 24 months to 216 months. As laudable as defendant's conduct was, however, the Court finds that neither immediate release nor a more significant reduction would be consistent with the § 3553(a) factors. Defendant committed heinous crimes that necessitate a significant prison sentence. A sentence of 216 months reflects the seriousness of defendant's offenses, promotes respect for the law, and creates an adequate deterrence.

ORDERED that defendant's term of imprisonment is reduced to 216 months.

SO ORDERED.

Dated:      March 12, 2024

_____
Lewis A. Kaplan
United States District Judge

---

[5] Dkt 63-3 at 2.

[6] Dkt 63 at 3.

[7] 18 U.S.C. § 3582(c)(1)(A).